1  BRODY R. WIGHT, ESQ.
   Nevada Bar No. 13615
2  TROUTMAN PEPPER HAMILTON SANDERS LLP
   8985 S. Eastern Ave., Ste 200
3  Las Vegas, NV 89123 *(Nevada Office)*
   Tele: (470) 832-5586
4  Fax:  (404) 962-6800
   brody.wight@troutman.com

5
   TROUTMAN PEPPER HAMILTON SANDERS LLP
6  600 Peachtree St. NE # 3000
   Atlanta, GA 30308 *(Corporate Office)*
7  *Attorney for Defendant Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TWT INVESTMENTS, LLC, a Nevada limited liability company,<br><br>                    Plaintiff,<br><br>vs.<br><br>QUALITY LOAN SERVICE CORPORATION, a California corporation registered with the Nevada Secretary of State; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; NEVADA LEGAL NEWS, LLC, a Nevada limited liability company; DOES I through X, inclusive,<br><br>                    Defendants. | Case No.: 2:22-cv-00503-ART-BNW<br><br>**ORDER APPROVING STIPULATION TO STAY DISCOVERY AND CONTINUE ALL DEADLINES INCLUDING RULE 26(f) CONFERENCE AND DEADLINE TO SUBMIT STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |

On December 16, 2022, the Court denied Defendant Nationstar Mortgage, LLC's (**Nationstar**) motion to dismiss without prejudice as moot in light of Defendant TWT Investments, LLC's (**TWT**) amended complaint, and the Court gave Nationstar 30 days, or until January 15, 2023, to file a renewed motion to dismiss. (ECF No. 24), On December 20, 2023, TWT filed a renewed motion to remand, (ECF No. 25), and Nationstar's response is due on January 3, 2023.

///

PAGE 1

137822563

Counsel for Nationstar is leaving for vacation for the holidays on December 21, 2022, and he will not be returning until after the new year. He, therefore, asked TWT to stipulate to extend the deadlines to file the motion to dismiss and opposition to the motion to remand to January 20, 2022, to give him time to prepare the briefing, and counsel for TWT agreed to stipulate to extend the deadlines. The parties enter this stipulation in good faith and not out of a desire to harass or delay. The parties agree:

1. That the deadline for Nationstar to file its renewed motion to dismiss shall be extended to January 20, 2022;

2. That the deadline for Nationstar to file an opposition to the motion to remand (ECF No. 25) shall be extended to January 20, 2022.

IT IS SO AGREED AND STIPULATED.

DATED this 21st day of December, 2022

| /s/ *Brody R. Wight* | /s/ *Joseph Y Hong* |
|---|---|
| Brody R. Wight, Esq. | Joseph Y Hong, Esq. |
| Nevada Bar No. 13615 | Nevada Bar No. 005995 |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | HONG & HONG LAW OFFICE. |
| 8985 S. Eastern Ave., Ste. 200 | 1980 Festival Plaza Drive, Suite 650 |
| Las Vegas, NV  89123 *(Nevada Office)* | Las Vegas, NV 89135 |
| brody.wight@troutman.com | yosuphonglaw@gmail.com |
| *Attorneys for Nationstar Mortgage LLC* | *Attorneys for Plaintiff TWT Investments, LLC* |

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: 12/30/2022

PAGE 2

137822563