1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TWT INVESTMENTS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>QUALITY LOAN SERVICE CORPORATION, a California corporation registered with the Nevada Secretary of State; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; NEVADA LEGAL NEWS, LLC, a Nevada limited liability company; DOES I through X, inclusive,<br><br>Defendants. | **Case No.: 2:22-cv-00503-ART-BNW**<br><br>**ORDER APPROVING**<br><br>**UNOPPOSED MOTION TO EXTEND DEADLINES FOR NATIONSTAR MORTGAGE TO FILE ITS RENEWED MOTION TO DISMISS AND OPPOSITION TO THE MOTION FOR REMAND (SECOND REQUEST)** |

Nationstar Mortgage LLC (**Nationstar**) hereby moves for the Court to extend the deadlines to file an opposition to the motion to remand (ECF No. 25) and its renewed motion to dismiss to February 3, 2023. Counsel for Nationstar has spoken to counsel for Plaintiff TWT Investments, LLC (**TWT**), and counsel has stated he will not oppose the motion.

The current deadline to file the opposition and motion to dismiss was January 20, 2023. On that date, counsel for Nationstar spoke with counsel for TWT and asked for counsel to stipulate to a two-week extension of the deadlines so that Nationstar could further investigate

PAGE 1

143101567

the arguments and factual allegations in the Amended Complaint (ECF No. 21) and the motion to remand. Counsel agreed to the stipulation.

On January 27, 2023, counsel for Nationstar checked the docket and discovered that due to a clerical error the January 20, 2023, stipulation was never submitted to the court. Nationstar, therefore, moves for an order to extend the deadlines as the parties previously stipulated.

Nationstar seeks to extend the deadlines out of a good faith basis to ensure it makes accurate arguments and representations in its briefing. It does not seek an extension in bad faith or for an improper purpose such as to cause undue delay. Nationstar, therefore asks the Court to enter the following orders:

1. That the deadline for Nationstar to file its renewed motion to dismiss shall be extended to February 3, 2023;

2. That the deadline for Nationstar to file an opposition to the motion to remand (ECF No. 25) shall be extended to February 3, 2023.

IT IS SO AGREED AND STIPULATED.

DATED this 27th day of January, 2023

/s/ *Brody R. Wight*
Brody R. Wight, Esq.
Nevada Bar No. 13615
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV  89123 *(Nevada Office)*
brody.wight@troutman.com
*Attorneys for Nationstar Mortgage LLC*

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Court Judge

Dated: January 30, 2023

PAGE 2

143101567