1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

10

**DISTRICT OF NEVADA**

11

TWT INVESTMENTS, LLC, a Nevada
limited liability company,

Case No.: **2:22-cv-00503-ART-BNW**

12

**ORDER APPROVING**

13

Plaintiff,

14

vs.

**THIRD STIPULATION TO EXTEND
DEADLINES FOR NATIONSTAR
MORTGAGE TO FILE ITS RENEWED
MOTION TO DISMISS AND OPPOSITION TO
THE MOTION FOR REMAND**

15

QUALITY LOAN SERVICE
CORPORATION, a California corporation
registered with the Nevada Secretary of
State; NATIONSTAR MORTGAGE,
LLC, a Delaware limited liability
company; NEVADA LEGAL NEWS,
LLC, a Nevada limited liability company;
DOES I through X, inclusive,

16
17
18
19

Defendants.

20
21

The current deadline for Nationstar Mortgage LLC (**Nationstar**) to file its renewed motion to

22

dismiss and opposition to the motion to remand is February 3, 2023. Nationstar originally obtained

23

an extension on the deadlines due to the holiday season. After reviewing recent caselaw on similar

24

motions to remand, Nationstar needs addition time to consider whether and how to oppose the

25

motion to remand. Nationstar, therefore, asks for another extension. Counsel for TWT Investments

26

LLC agreed to stipulate to extend the deadlines. The parties enter this stipulation in good faith and

27

not out of a desire to harass or delay. The parties agree:

28

145708761

1.      That the deadline for Nationstar to file its renewed motion to dismiss shall be extended to February 17, 2023;

2.      That the deadline for Nationstar to file an opposition to the motion to remand (ECF No. 25) shall be extended to February 17, 2023.

IT IS SO AGREED AND STIPULATED.

DATED this 3rd day of February, 2023

| | |
|---|---|
| /s/ *Brody R. Wight*<br>Brody R. Wight, Esq.<br>Nevada Bar No. 13615<br>TROUTMAN PEPPER HAMILTON<br>SANDERS LLP<br>8985 S. Eastern Ave., Ste. 200<br>Las Vegas, NV  89123 *(Nevada Office)*<br>brody.wight@troutman.com<br>*Attorneys for Nationstar Mortgage LLC* | /s/ *Joseph Y Hong*<br>Joseph Y Hong, Esq.<br>Nevada Bar No. 005995<br>HONG & HONG LAW OFFICE.<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, NV 89135<br>yosuphonglaw@gmail.com<br>*Attorneys for Plaintiff TWT Investments, LLC* |

**IT IS SO ORDERED.**

_____

Anne R. Traum
United States District Court Judge

Dated: February 7, 2023

145708761