# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TWT INVESTMENTS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>QUALITY LOAN SERVICE CORPORATION, a California corporation registered with the Nevada Secretary of State; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; NEVADA LEGAL NEWS, LLC, a Nevada limited liability company; DOES I through X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00503-ART-BNW<br><br>**ORDER GRANTING**<br><br>**FORTH STIPULATION TO EXTEND DEADLINES FOR NATIONSTAR MORTGAGE TO FILE ITS RENEWED MOTION TO DISMISS AND OPPOSITION TO THE MOTION FOR REMAND** |

The current deadline for Nationstar Mortgage LLC (**Nationstar**) to file its renewed motion to dismiss and opposition to the motion to remand is February 17, 2023. Nationstar's counsel recently went through a firm emergency. The firm was the subject of a recent ransomware attack, and as a result counsel has been cut off from email and all documents for more than a week. As a result, counsel has been unable to finalize its briefing on these matters. Nationstar, therefore, asks for another extension. Counsel for TWT Investments LLC agreed to stipulate to extend the deadlines. The parties enter this stipulation in good faith and not out of a desire to harass or delay. The parties agree:

///

145708761

PAGE 1

1. That the deadline for Nationstar to file its renewed motion to dismiss shall be extended to March 3, 2023;

2. That the deadline for Nationstar to file an opposition to the motion to remand (ECF No. 25) shall be extended to March 3, 2023.

**IT IS SO AGREED AND STIPULATED.**

DATED this 17th day of February, 2023

| /s/ *Brody R. Wight* | /s/ *Joseph Y Hong* |
|---|---|
| Brody R. Wight, Esq. | Joseph Y Hong, Esq. |
| Nevada Bar No. 13615 | Nevada Bar No. 005995 |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | HONG & HONG LAW OFFICE. |
| 8985 S. Eastern Ave., Ste. 200 | 1980 Festival Plaza Drive, Suite 650 |
| Las Vegas, NV  89123 *(Nevada Office)* | Las Vegas, NV 89135 |
| brody.wight@troutman.com | yosuphonglaw@gmail.com |
| *Attorneys for Nationstar Mortgage LLC* | *Attorneys for Plaintiff TWT Investments, LLC* |

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Court Judge

Dated: _____February 22, 2023_____

PAGE 2

145708761