## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TWT INVESTMENTS, LLC, a Nevada limited liability company,<br><br>               Plaintiff,<br><br>vs.<br><br>QUALITY LOAN SERVICE CORPORATION, a California corporation registered with the Nevada Secretary of State; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; NEVADA LEGAL NEWS, LLC, a Nevada limited liability company; DOES I through X, inclusive,<br><br>               Defendants. | **Case No.: 2:22-cv-00503-ART-BNW**<br><br>**ORDER APPROVING**<br><br>**FIFTH STIPULATION O EXTEND DEADLINES FOR NATIONSTAR MORTGAGE TO FILE ITS RENEWED MOTION TO DISMISS AND OPPOSITION TO THE MOTION FOR REMAND** |

      The current deadline for Nationstar Mortgage LLC (**Nationstar**) to file its renewed motion to dismiss and opposition to the motion to remand is March 3, 2023. Nationstar's counsel recently went through a firm emergency. The firm was the subject of a recent ransomware attack, and as a result counsel has been cut off from email and all documents for more than a week. As a result, counsel has been unable to finalize its briefing on these matters. While Nationstar has been recovering from the attack, it needs some time to form a response to the motion to remand. It, therefore, asks for another extension. Counsel for TWT Investments LLC agreed to stipulate to extend the deadline to the motion to remand.

///

146323790

PAGE 1

Moreover, because the motion to remand will have a significant impact on the outcome of an amended motion to dismiss, the parties have agreed to extend the deadline to file the motion to dismiss 14 days from the date the court enters an order on the motion to remand if the matter remains pending before this court.

The parties enter this stipulation in good faith and not out of a desire to harass or delay. The parties agree:

1. That the deadline for Nationstar to file an opposition to the motion to remand (ECF No. 25) shall be extended to March 17, 2023;

2. That Nationstar shall file its amended motion to dismiss within 14 days of the date this court enters an order on the motion to remand should this matter remain pending before this court.

**IT IS SO AGREED AND STIPULATED.**

DATED this 3rd day of March, 2023

| /s/ *Brody R. Wight* | /s/ *Joseph Y Hong* |
|---|---|
| Brody R. Wight, Esq. | Joseph Y Hong, Esq. |
| Nevada Bar No. 13615 | Nevada Bar No. 005995 |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | HONG & HONG LAW OFFICE. |
| 8985 S. Eastern Ave., Ste. 200 | 1980 Festival Plaza Drive, Suite 650 |
| Las Vegas, NV  89123 *(Nevada Office)* | Las Vegas, NV 89135 |
| brody.wight@troutman.com | yosuphonglaw@gmail.com |
| *Attorneys for Nationstar Mortgage LLC* | *Attorneys for Plaintiff TWT Investments, LLC* |

**IT IS SO ORDERED**

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE

Dated:  March 7, 2023

PAGE 2

146323790