1  BRODY R. WIGHT, ESQ.
   Nevada Bar No. 13615
2  TROUTMAN PEPPER HAMILTON SANDERS LLP
   8985 S. Eastern Ave., Ste 200
3  Las Vegas, NV 89123 *(Nevada Office)*
   600 Peachtree St. NE # 3000
4  Atlanta, GA 30308 *(Corporate Office)*
   Tele: (470) 832-5586
5  Fax:  (404) 962-6800
   brody.wight@troutman.com
6
   *Attorney for Defendant Nationstar Mortgage LLC*
7
                      **UNITED STATES DISTRICT COURT**
8
                           **DISTRICT OF NEVADA**
9

10 TWT INVESTMENTS, LLC, a Nevada          Case No.: 2:22-cv-00503-ART-BNW
   limited liability company,              **ORDER APPROVING**
11                                         **SIXTH STIPULATION AND ORDER TO**
                 Plaintiff,                **EXTEND DEADLINES FOR NATIONSTAR**
12                                         **MORTGAGE TO FILE ITS RENEWED**
   vs.                                     **MOTION TO DISMISS AND OPPOSITION TO**
13                                         **THE MOTION FOR REMAND**
   QUALITY LOAN SERVICE
14 CORPORATION, a California corporation
   registered with the Nevada Secretary of
15 State; NATIONSTAR MORTGAGE,
   LLC, a Delaware limited liability
16 company; NEVADA LEGAL NEWS,
   LLC, a Nevada limited liability company;
17 DOES I through X, inclusive,

18               Defendants.

19

20     The current deadline for Nationstar Mortgage LLC (**Nationstar**) to file its renewed motion to

21 dismiss and opposition to the motion to remand is March 17, 2023. Nationstar has needed time to

22 review some of the fact issues raised in the motion to remand. It has also needed some time for the

23 client to review the motion and possible opposition. It, therefore, asks for another extension. Counsel

24 for TWT Investments LLC agreed to stipulate to extend the deadline to the motion to remand.

25     The parties enter this stipulation in good faith and not out of a desire to harass or delay. The

26 parties agree:

27     1.      That the deadline for Nationstar to file an opposition to the motion to remand (ECF

28 No. 25) shall be extended to March 31, 2023;

                                    PAGE 1
146887074

1

**IT IS SO AGREED AND STIPULATED.**

2

DATED this 17th day of March, 2023

3

4
/s/ *Brody R. Wight*                          /s/ *Joseph Y Hong*
Brody R. Wight, Esq.                          Joseph Y Hong, Esq.

5
Nevada Bar No. 13615                          Nevada Bar No. 005995
TROUTMAN PEPPER HAMILTON                      HONG & HONG LAW OFFICE.

6
SANDERS LLP                                   1980 Festival Plaza Drive, Suite 650
8985 S. Eastern Ave., Ste. 200                Las Vegas, NV 89135

7
Las Vegas, NV  89123 *(Nevada Office)*        yosuphonglaw@gmail.com
brody.wight@troutman.com                      *Attorneys for Plaintiff TWT Investments, LLC*

8
*Attorneys for Nationstar Mortgage LLC*

9

10

11
**IT IS SO ORDERED**

12

13
UNITED STATES DISTRICT COURT JUDGE

14

15
Dated:    March 20, 2023

16

17

18

19

20

21

22

23

24

25

26

27

28

PAGE 2

146887074