# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TWT INVESTMENTS, LLC, a Nevada limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>QUALITY LOAN SERVICE CORPORATION, a California corporation registered with the Nevada Secretary of State; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; NEVADA LEGAL NEWS, LLC, a Nevada limited liability company; DOES I through X, inclusive,<br><br>　　　　　　　Defendants. | **Case No.:** 2:22-cv-00503-ART-BNW<br><br>**ORDER APPROVING**<br><br>**SEVENTH STIPULATION TO EXTEND DEADLINES FOR NATIONSTAR MORTGAGE TO FILE ITS RENEWED MOTION TO DISMISS AND OPPOSITION TO THE MOTION FOR REMAND** |

The current deadline for Nationstar Mortgage LLC (**Nationstar**) to file its renewed motion to dismiss and opposition to the motion to remand is March 17, 2023. Nationstar has finished an opposition but has not been able to secure a signature on a declaration due to a vacation. Counsel for TWT Investments LLC agreed to stipulate to extend the deadline to the motion to remand.

　　The parties enter this stipulation in good faith and not out of a desire to harass or delay. The parties agree:

///

///

///

PAGE 1

146887074

1. That the deadline for Nationstar to file an opposition to the motion to remand (ECF No. 25) shall be extended to April 7, 2023;

**IT IS SO AGREED AND STIPULATED.**

DATED this 31st day of March, 2023

| | |
|---|---|
| /s/ *Brody R. Wight*<br>Brody R. Wight, Esq.<br>Nevada Bar No. 13615<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>8985 S. Eastern Ave., Ste. 200<br>Las Vegas, NV  89123 *(Nevada Office)*<br>brody.wight@troutman.com<br>*Attorneys for Nationstar Mortgage LLC* | /s/ *Joseph Y Hong*<br>Joseph Y Hong, Esq.<br>Nevada Bar No. 005995<br>HONG & HONG LAW OFFICE.<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, NV 89135<br>yosuphonglaw@gmail.com<br>*Attorneys for Plaintiff TWT Investments, LLC* |

**IT IS SO ORDERED.**

ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE

Dated: April 3, 2023

146887074