**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TWT INVESTMENTS, LLC, a Nevada limited liability company,<br><br>              Plaintiff,<br><br>vs.<br><br>QUALITY LOAN SERVICE CORPORATION, a California corporation registered with the Nevada Secretary of State; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; NEVADA LEGAL NEWS, LLC, a Nevada limited liability company; DOES I through X, inclusive,<br><br>              Defendants. | Case No.: 2:22-cv-00503-ART-BNW<br><br>**ORDER APPROVING**<br><br>**FIRST STIPULATION TO EXTEND DEADLINE FOR TWT INVESTMENTS, LLC TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR REMAND [ECF No. 25]** |

The current deadline for TWT INVESTMENTS, LLC (**TWT**) to file its reply in support of its motion to remand is April 14, 2023. TWT's counsel is presently experiencing computer networking issues. TWT, therefore, respectfully requests an extension. Counsel for Nationstar Mortgage, LLC agreed to stipulate to extend the deadline for TWT to file its reply in support of its motion to remand.

The parties enter this stipulation in good faith and not out of a desire to harass or delay. The parties agree:

…

…

…

PAGE 1

146323790

That the deadline for TWT to file its reply in support of its motion to remand [ECF No. 25] shall be extended to April 28, 2023.

**IT IS SO AGREED AND STIPULATED.**

DATED this 13th day of April, 2023.

| /s/ *Brody R. Wight* | /s/ *Joseph Y. Hong* |
|---|---|
| Brody R. Wight, Esq.<br>State Bar No.  013615<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>8985 S. Eastern Ave., Ste. 200<br>Las Vegas, Nevada 89123 *(Nevada Office)*<br>brody.wight@troutman.com<br>*Attorneys for Nationstar Mortgage, LLC* | Joseph Y. Hong, Esq.<br>State Bar No.  005995<br>HONG & HONG LAW OFFICE.<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br>yosuphonglaw@gmail.com<br>*Attorneys for Plaintiff TWT Investments, LLC* |

**IT IS SO ORDERED**

Anne R. TrauM
United States District Court Judge

Dated: April 17, 2023